# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MICHAEL FLOYD,**

     **Plaintiff,**

**v.**                                          **Case No. 3:15cv482/MCR/CJK**

**J. SIGMON, et al.,**

     **Defendants.**
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 9, 2016.  ECF No. 22.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed, and having reviewed the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this order.

2.  This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of July, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**